**BP WEST COAST PRODUCTS LLC, a Delaware limited liability company Plaintiff—counter-defendant—Appellee**

v.

**Jasbir S. TUNG, an individual dba Tung ARCO AM/PM Defendant— counter-claimant—Appellant.**

**No. 04–55491.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2005.

Decided May 4, 2006.

Kari S. Gregory, Esq., Piper Rudnick, San Francisco, CA, for Plaintiff–counter– defendant–Appellee.

Thomas P. Bleau, Bleau, Fox & Associates, Los Angeles, CA, for Defendant– counter–claimant–Appellant.

Before: PREGERSON, COWEN,* and THOMAS, *Circuit Judges.*

MEMORANDUM **

On May 1, 2006, we filed a published opinion in *B.P. West Coast Products LLC v. May*, 447 F.3d 658 (9th Cir.2006). The issues raised in this matter are substantially adjudicated in that case, and for the reasons set forth therein, the order of the district court in this matter will be affirmed.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

